AO 467 (Rev. 9/03) Order for Defendant to Appear


FILED IN OPEN COURT
ON 2/21/11
Dennis P. Iavarone, Clerk
US District Court
Eastern District of NC

# UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF NORTH CAROLINA

UNITED STATES OF AMERICA

V.

CLARENCE BUNDY MORRISON

**ORDER THAT DEFENDANT APPEAR IN DISTRICT OF PROSECUTION OR DISTRICT HAVING PROBATION JURISDICTION AND TRANSFERRING BAIL**

CASE NUMBER: 5:11-MJ-1139

CHARGING DISTRICTS CASE NUMBER: 1:10CR37 LG-JMR

The defendant having appeared before this Court and proceedings having been concluded and the defendant released;

IT IS ORDERED that the defendant be held to answer in the United States District Court for the SOUTHERN District of MISSISSIPPI; and that the Clerk of Court shall transfer bail deposited into the Registry of this Court, to the Clerk of the _____

*Place and Address*

, for deposit into the registry of that Court.

The defendant shall appear at all proceedings as required. The defendant shall next appear at (if blank, to be notified) U.S.D.C. IN GULFPORT, MS on THURSDAY, 3 MARCH 2011 AT 9:00 A.M.

*Date and Time*

DEFENDANT SHALL APPEAR IN CUMBERLAND COUNTY SUPERIOR COURT FRIDAY, 25 FEBRUARY 2011, IN HIS PENDING CASE THERE.

*Signature of Judge*

JAMES E. GATES
US MAGISTRATE JUDGE

24 July 2011
*Date*

*Name and Title of Judge*